# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

146001

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　SC: 146001
　　　　　　　　　　　　　　　　　　COA: 304437
　　　　　　　　　　　　　　　　　　Allegan CC: 10-016831-FC

JUSTIN ANDREW TERPSTRA,
　　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the September 4, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

p1113